1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  BRIAN SZASZ, Individually,              Case No.:  3:22-cv-01054-BTM-MMP

12                    Plaintiff,             **ORDER FOR STATUS HEARING**

13        v.

14  COUNTY OF SAN DIEGO;
    CORRECTIONAL HEALTHCARE
15  PARTNERS, INC., ARIM LEE, DR.
    MONTGOMERY, DR. NAS RAFI,
16  JONATHAN SYMMONDS, SERINA
    HOOD, and DOES 1-10, inclusive,
17
                      Defendants.
18
19
20
21        Two motions to dismiss are pending before the Court.  (ECF Nos. 91 & 92).  Counsel
22  for the parties remaining in the action shall appear for a status hearing on the motions on
23  September 8, 2025, at 3:00 p.m.
24        **IT IS SO ORDERED**.
25  Dated:  August 27, 2025
26
                                    Honorable Barry Ted Moskowitz
27                                  United States District Judge
28

1