UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SZASZ, individually; LESLIE SZASZ, successor in interest,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CORRECTIONAL HEALTHCARE PARTNERS, INC.; ARIM LEE; DR. MONTGOMERY; DR. NAS RAFI; JONATHAN SYMMONDS; SERINA HOOD; JOSEPH MOLINA; DAVID CHRISTENSEN; FURROH; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 22-cv-1054-BTM-MMP<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS**<br><br>**[ECF NOS. 91 & 92]** |

The parties having informed the Court that they have settled this matter, and for good cause shown, the joint motions to dismiss are **granted**. (ECF Nos. 91 & 92). This action in its entirety is dismissed with prejudice. Each party shall bear its fees and costs. The Clerk shall close the case.

**IT IS SO ORDERED**.

Dated: September 8, 2025

Honorable Barry Ted Moskowitz
United States District Judge